UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BARBARA BONNER, | ) |
| Plaintiff, | ) No. 3:11cv143 JD |
| vs. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, BARBARA BONNER ("Plaintiff"), by and through attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Indiana, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

## PARTIES

5. Plaintiff is a natural person who resides in Michigan City, LaPorte County, Indiana, and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office Norfolk, Virginia.

7. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. In December 2010, Defendant began contacting Plaintiff regarding an alleged debt that, upon information and belief, is 15 years-old and owed to a bank that is no longer in business in the amount of $251.00.

9. Beginning in December 2010, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt. Specifically, Defendant called Plaintiff up to three times per day, including weekends and week days.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17. Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

18. Defendant violated the FDCPA. Defendant's violations include, but are not

limited to the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

b) Defendant violated §1692d(5) of the FDCPA by causing Plaintiff's telephone to ring repeatedly.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

21. Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

23. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

John Barker
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, BARBARA BONNER, hereby demands trial by jury in this action.

3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF INDIANA

   Plaintiff, BARBARA BONNER, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

   Pursuant to 28 U.S.C. § 1746(2), I, BARBARA BONNER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: Feb 4, 2010

BARBARA BONNER,
Plaintiff

4