UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| BARBARA BONNER, | ) | |
| | ) | No. 3:11-cv-143 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, BARBARA BONNER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ John Barker
    John Barker
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Phone: (323) 988-2400
    Fax: (866) 870-0941
    E-Mail: jbarker@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all counsel of record by the Court's CM/ECF system.

    /s/ John Barker____
John Barker
Attorney for Plaintiff