**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BARBARA BONNER, ) | |
| ) | No. 3:11-cv-14350 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

BARBARA BONNER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ John Barker
John Barker
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400
Fax: (866) 870-0941
E-Mail: jbarker@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Adrienne Rowberry, Attorney for Defendant, at the mailing address below via the USPS.

    140 Corporate Boulevard
    Office of General Counsel
    Norfolk, VA  23502

                                              s/ John Barker
                                              John Barker
                                              Attorney for Plaintiff